FORM 8A. Entry of Appearance | Form 8A (p.1) July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 23-1968

**Short Case Caption:** Xerox Corp. v. X Corp.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| Xerox Corporation | |
|---|---|
| **Principal Counsel:** Kevin L. Burgess | Admission Date: 08/03/1999 |
| Firm/Agency/Org.: McKool Smith, P.C. | |
| Address: 104 East Houston Street, Suite 300, Marshall, Texas 75670 | |
| Phone: 903-923-9000 | Email: kburgess@mckoolsmith.com |
| **Other Counsel:** David Sochia | Admission Date: 02/06/2006 |
| Firm/Agency/Org.: McKool Smith, P.C. | |
| Address: 300 Crescent Court, Suite 1500, Dallas, Texas 75201 | |
| Phone: 214-978-4000 | Email: dsochia@mckoolsmith.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/15/23

Signature: /s/ James E. Quigley

Name: James E. Quigley

FORM 8A. Entry of Appearance     Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Joel L. Thollander | Admission Date: 07/20/2009 |
|---|---|
| Firm/Agency/Org.: McKool Smith, P.C. ||
| Address: 303 Colorado Street, Suite 2100, Austin, Texas 78701 ||
| Phone: 512-692-8700 | Email: jthollander@mckoolsmith.com |
| **Other Counsel:** James E. Quigley | Admission Date: 12/13/2016 |
| Firm/Agency/Org.: McKool Smith, P.C. ||
| Address: 303 Colorado Street, Suite 2100, Austin, Texas 78701 ||
| Phone: 512-692-8700 | Email: jquigley@mckoolsmith.com |
| **Other Counsel:** Alexandra F. Easley | Admission Date: 02/21/2018 |
| Firm/Agency/Org.: McKool Smith, P.C. ||
| Address: 300 Crescent Court, Suite 1500, Dallas, Texas 75201 ||
| Phone: 214-978-4000 | Email: aeasley@mckoolsmith.com |
| **Other Counsel:** Kyle N. Ryman | Admission Date: 10/27/2022 |
| Firm/Agency/Org.: McKool Smith, P.C. ||
| Address: 303 Colorado Street, Suite 2100, Austin, Texas 78701 ||
| Phone: 512-692-8700 | Email: kryman@mckoolsmith.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |