**FORM 9A. Notice of Related Case Information**                               Form 9A (p. 1)
                                                                               March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-1968

**Short Case Caption** Xerox Corp. v. X Corp.

**Filing Party/Entity** Xerox Corporation

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Case No. 2:20-cv-10753 AB, Xerox Corporation v. Meta Platforms, Inc.; United States District Court, Central District of California, Western Division

Case No. 2:20-cv-10754 AB, Xerox Corporation v. X Corp., F/K/A Twitter, Inc.; United States District Court, Central District of California, Western Division

Case No. 2:20-cv-10755 AB, Xerox Corporation v. Snap Inc.; United States District Court, Central District of California, Western Division

IPR2021-00986, Snap Inc. v. Xerox Corporation; United States Patent and Trademark Office, Patent Trial and Appeal Board

IPR2021-01461, Facebook, Inc. v. Xerox Corporation; United States Patent and Trademark Office, Patent Trial and Appeal Board

☑    Additional pages attached

FORM 9A. Notice of Related Case Information                                Form 9A (p. 2)
                                                                            March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Xerox Corporation
> Meta Platforms, Inc.
> Facebook, Inc.
> X Corp. f/k/a Twitter, Inc.
> Snap Inc.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Alan P. Block, David Sochia, Alexandra F. Easley, James E. Quigley, Kevin L. Burgess, Joel L. Thollander, Kyle N. Ryman; MCKOOL SMITH P.C.
>
> Heidi L. Keefe, Phillip Morton, Andrew C. Mace, Emily E. Terrell, Lowell D. Mead, Mark R. Weinstein; COOLEY LLP.
>
> Sonal N. Mehta, Joseph T. Gooch, Mitchell S. Toledo; WILMER CUTLER PICKERING HALE AND DOOR

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/15/2023

Signature: /s/ James E. Quigley

Name: James E. Quigley

**Notice of Related Case Information Cont.**

**Case Number:** 23-1968
**Short Case Caption:** Xerox Corp. v. X Corp.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Case No. 23-1967, Xerox Corp. v. Snap Inc.; United States Court of Appeals for the Federal Circuit

Case No. 23-1969, Xerox Corp. v. Facebook, Inc.; United States Court of Appeals for the Federal Circuit

2. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Jon Steven Baughman, Megan F. Raymond; GROOMBRIDGE WU BAUGHMAN AND STONE LLP

Bruce Shei Yen, David T. Okano, Yarema R. Chaikovsky, WHITE AND CASE LLP.

Naveen Modi, Joseph E. Palys, Philip Ou, Steven A. Marenberg; PAUL HASTINGS LLP.

Debra J. McComas, David L. McCombs, Raghav Bajaj, Angela M. Oliver, Adam L. Erickson; HAYNES & BOONE, LLP